■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO VANWHERVIN, Appellant. [26 NYS3d 465]—Judgment, Supreme Court, New York County (Eduardo Padro, J.), rendered February 27, 2013, convicting defendant, upon his

plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender previously convicted of a violent felony, to a term of eight years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison term to six years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Friedman, J.P., Acosta, Renwick and Richter, JJ.